# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **DATE FILED:** _____ |
| **MICHAEL ANTHONY NOHL** | : | **VIOLATIONS:** |
| | | 18 U.S.C. § 844(e)(willfully making a threat to |
| | : | kill, injure, and intimidate, by means of an explosive – 1 count) |
| | : | 18 U.S.C. § 875(c)( transmitting in interstate and foreign commerce a threat to injure – 1 |
| | : | count) |

## INFORMATION

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about December 22, 2014, in West Chester Borough, in the Eastern District of Pennsylvania, defendant

## MICHAEL ANTHONY NOHL

and others known to the United States Attorney, through the use of a telephone and other instruments of interstate and foreign commerce, that is, a computer with access to the internet, willfully made, and aided and abetted the making of, a threat to kill, injure, and intimidate Person #1, a federal law enforcement official, and family members of Person #1, by means of an explosive, in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 844(e) and 2.

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about December 22, 2014, in West Chester Borough, in the Eastern District of Pennsylvania, defendant

### MICHAEL ANTHONY NOHL

and others known to the United States Attorney, knowingly and willfully transmitted, and willfully aided and abetted and caused to be transmitted, communications in interstate and foreign commerce, that is, telephone calls through the use of a computer to access Voice Over Internet Protocol technology ("VOIP"), which contained threats to injure Person #1, a federal law enforcement official and family members of Person #1.

In violation of Title 18, United States Code, Sections 875(c) and 2.

*Christine E Ayles for*
**ZANE DAVID MEMEGER**
*United States Attorney*